## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

___

**BUILDING TRADES UNITED PENSION**
**TRUST FUND and NACARCI FEASTER,**

**INDUSTRY ADVANCEMENT PROGRAM/CONTRACT**
**ADMINISTRATION and EDWARD HAYDEN,**

**WISCONSIN LABORERS HEALTH FUND,**
**BUILDING & PUBLIC WORKS LABORERS**
**VACATION FUND, and MILES MERTENS,**

          **Plaintiffs,**

    v.                                                         **Case No. 07-C-0380**

**LSD1, LLC**

          **Defendant.**
___

## ORDER FOR JUDGMENT
___

      Request and application for default judgment brought by the plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

      The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

      1. Defendant LSD1, LLC has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

      2. LSD1, LLC violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the plaintiffs funds.

3. As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of liquidated damages, interest attorney fees and costs.

4. The court assesses the total damages to the plaintiffs in the sum of $10,825.17.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of plaintiffs, Building Trades United Pension Trust Fund and Nacarci Feaster, Industry Advancement Program/contract Administration and Edward Hayden, Wisconsin Laborers Health Fund, Building & Public Works Laborers Vacation Fund, and Miles Mertens, and against defendant LSD1, LLC in the amount of $10,825.17 together with interest at the rate allowed by law.

Dated this 30th day of May, 2007.

BY THE COURT

s/ Rudolph T. Randa
U. S. District Court Judge