# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**BUILDING TRADES UNITED PENSION**
**TRUST FUND and NACARCI FEASTER,**

**INDUSTRY ADVANCEMENT PROGRAM/CONTRACT**
**ADMINISTRATION and EDWARD HAYDEN,**

**WISCONSIN LABORERS HEALTH FUND,**
**BUILDING & PUBLIC WORKS LABORERS**
**VACATION FUND, and MILES MERTENS,**

**Plaintiffs,**

    **v.**                                   **Case No. 07-C-0380**

**LSD1, LLC**

**Defendant.**

---

## ENTRY OF JUDGMENT ON THE DECISION BY THE COURT

---

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the plaintiffs, Building Trades United Pension Trust Fund and Nacarci Feaster, Industry Advancement Program/contract Administration and Edward Hayden, Wisconsin Laborers Health Fund, Building & Public Works Laborers Vacation Fund, and Miles Mertens, recover from the defendant LSD1, LLC the sum of $10,825.17 with interest thereon at the rate that is provided by law.

Dated at Milwaukee, Wisconsin, this 30th day of May, 2007.

JON W. SANFILIPPO
Clerk of Court


s/ Linda M. Zik
Deputy Clerk


Approved as to form this 30th day of May, 2007.


s/ Rudolph T. Randa
U. S. District Court Judge